RALPH ALBANO et al., Appellants, v. BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 1, TOWNS OF GATES AND CHILI, et al., Respondents. RALPH ALBANO et al., Appellants, v. BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 1, TOWNS OF GATES AND CHILI, et al., Respondents.— Judgment affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment of Monroe Equity Term, dismissing plaintiffs' complaints in two actions, consolidated for the purpose of trial, to remove a cloud on title.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

ANTHONY R. AMAROSA, as Administrator of the Estate of CAROL J. AMAROSA, Deceased, Respondent, v. FRED J. LA FOUNTAIN, Appellant.— Judgment and orders affirmed, with costs. All concur. (Appeal from a judgment of Oneida Trial Term, for plaintiff in an automobile negligence action. One order denied motion for a nonsuit and dismissal; the second order denied motion for a new trial.) Present — McCurn, P. J., Williams, Bastow. Goldman and Halpern, JJ.

JEAN WARN, Respondent, v. ESTHER WARN, Appellant.— Judgment reversed on the law and facts and matter remitted to Special Term for entry of an interlocutory judgment in accordance with the memorandum, without costs of this appeal to either party. Memorandum: In our opinion Special Term correctly found that plaintiff was entitled to an accounting but erred in directing judgment for monetary relief. There was proof upon the trial that plaintiff delivered certain moneys to the defendant, her mother-in-law. Upon demand there was a failure to return the moneys or account therefor. In such event equity may find an implied trust and decree an accounting (*Fur & Wool Trading Co.* v. *Fox, Inc.*, 245 N. Y. 215). The judgment appealed from should be reversed upon the law and facts and the action remanded to Special Term for entry of an interlocutory judgment directing defendant to account to plaintiff and for further proceedings in connection with the taking and stating of such account and a determination of the rights of the respective parties. All concur. (Appeal from a judgment of Chautauqua Supreme Court, for plaintiff in an action to compel an accounting as to money in a joint account.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.